UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>Beckwith Builders, Inc.</u>

    v.                                            Civil No. 04-cv-282-SM

<u>William Depietri, FNU Depietri,</u>
<u>Wood & Clay, Inc., and</u>
<u>Battle Associates, Inc.</u>

**O R D E R**

Re: (Document No. 37) Motion for Protective Order

**Ruling**: Motion denied for failure to show good cause. The motion seeks a protective order broader in scope than is justified under the circumstances, both with respect to access to documents for purposes of litigation and limitations on admissibility of disclosed information at trial.

                                              _____
                                              Steven J. McAuliffe
                                              Chief Judge

Date: August 5, 2005

cc: Paul M. Monzione, Esq.
    V. Richards Ward, Jr., Esq.
    William Pezzoni, Esq.
    Michael J. Persson, Esq.
    Benjamin R. Sigel, Esq.
    Jay S. Gregory, Esq.
    Jeffrey L. Alitz, Esq.