UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Beckwith Builders, Inc.,
        Plaintiff

        v.                                  Civil No. 04-cv-282-SM

William Depietri; Beth Depietri;
Wood & Clay, Inc.;
Battle Associates, Inc.;
Margulies & Associates, Inc.;
and Lakeshore Realty Trust,
        Defendants

**O R D E R**

The court's recently issued order addressing a number of
issues raised in a comprehensive joint motion to dismiss has the
effect of largely mooting issues raised in a joint motion for
summary judgment (document no. 92).  The only issue likely
surviving is that related to copyright ownership, and that is not
subject to disposition on summary judgment due to the likely
existence of a genuine dispute as to a material fact (whether, in
fact, the original copyright owner, Stokes, orally assigned his
rights in the Cedar Cove house plans to Beckwith Builders in
1999).

Accordingly, the motion for summary judgment is denied.

**SO ORDERED.**

_____
Steven J. McAuliffe
Chief Judge

September 19, 2006

cc:  Paul M. Monzione, Esq.
     V. Richards Ward, Jr., Esq.
     William M. Pezzoni, Esq.
     Ann M. Dirsa, Esq.
     Michael J. Persson, Esq.
     Douglas Marrano, Esq.
     Jay S. Gregory, Esq.
     Jeffrey L. Alitz, Esq.