UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Beckwith Builders, Inc.,
    Plaintiff

    v.                                            Civil No. 04-cv-282-SM

William Depietri; Beth Depietri;
Wood & Clay, Inc.;
Battle Associates, Inc.;
Margulies & Associates, Inc.;
and Lakeshore Realty Trust,
    Defendants

## O R D E R

By separate motion, Defendant Margulies notes that it did not join in the motion to dismiss previously filed by the other defendants. Treating this motion as a motion to dismiss on the grounds previously asserted by the other defendants, the motion (document no. 160) is granted in part and denied in part as discussed in the court's September 15, 2006, order. The court notes plaintiff's objection to the relief requested and granted.

**SO ORDERED.**

_____
Steven J. McAuliffe
Chief Judge

September 19, 2006

```
cc:   Paul M. Monzione, Esq.
      V. Richards Ward, Jr., Esq.
      William M. Pezzoni, Esq.
      Ann M. Dirsa, Esq.
      Michael J. Persson, Esq.
      Douglas Marrano, Esq.
      Jay S. Gregory, Esq.
      Jeffrey L. Alitz, Esq.
```